```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| DAZZLE YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 5: 18-125-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Dazzle Young's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED**.

2. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 12th day of July, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge